# First District Court of Appeal
## State of Florida

_____

No. 1D17-1285
_____

HANDY D. WALKER, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

May 2, 2018

Per Curiam.

Affirmed.

Osterhaus, Winokur, and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Daniel Tibbitt of the Law Office of Daniel J. Tibbitt, Miami, for Appellant.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Appellee.